COMPLIMENTARY
COPY

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 28 2018

JEFFREY P. COLWELL
CLERK

2018153320
Page 1 of 8
12/03/2018 08:17 AM
City & County of Denver
R $53.00 D $0.00

CERTIFICATION
The Clerk and Recorder for the
CITY AND COUNTY OF DENVER State
of Colorado does hereby certify this
document to be a full, true and
correct copy of the original
document recorded in my office.

Clerk and Recorder
by _____
Deputy County Clerk
Date 12-03-2018

[SEAL: CLERK AND RECORDER, CITY & COUNTY OF DENVER]

# CONDITIONAL OFFER OF TREATY OF PEACE,

HEREINAFTER, THE TREATY OF STEPHEN-JOHN, 2018

SILENCE IS ACQUIESCENCE, AGREEMENT AND DISHONOR
THIS IS A SELF EXECUTING TREATY / CONTRACT

NOTICE TO PRINCIPAL IS NOTICE TO AGENT / NOTICE TO AGENT IS NOTICE TO PRINCIPAL

PURSUANT TO THE 10TH AMENDMENT OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA, 1791, THE CONGRESSIONAL INTENT OF HOUSE JOINT RESOLUTION 192 ESTABLISHED AS PUBLIC LAW 73-10 AND UCC 3-104(C), THE RESPONDENT(S) AND CLAIMANT AGREE TO THE FOLLOWING:

RESPONDENT(S) ARE:
1) OFFICE OF THE GOVERNOR, STATE OF COLORADO, AND THE MAN John W. Hickenlooper, 'GOVERNOR' STATE OF COLORADO, 202 EAST COLFAX AVENUE, ROOM 136, DENVER, COLORADO 80202
2) OFFICE OF THE ATTORNEY GENERAL, STATE OF COLORADO, AND THE WOMAN Cynthia Coffman, 'ATTORNEY GENERAL', STATE OF COLORADO, 1300 BROADWAY, DENVER, COLORADO 80203

3) Office of the Secretary of State, STATE OF COLORADO, and the man Wayne W. Williams, Secretary of State, STATE OF COLORADO, 1700 Broadway, 2ND Floor, Denver, Colorado 80249

4) Office of the Treasurer, STATE OF COLORADO, and the man Walker Stapleton, Treasurer, STATE OF COLORADO, 202 East Colfax Avenue, Room 140, Denver, Colorado 80202

5) Office of the Chief Judge, 2ND JUDICIAL JUDICIAL DISTRICT, STATE OF COLORADO, and the man Michael Anthony Martinez, 'Chief Judge', 2ND JUDICIAL DISTRICT COURT, STATE OF COLORADO, 1437 Bannock Street, Room 256, Denver, Colorado 80202

6) Office of the Clerk of Court, 2ND JUDICIAL DISTRICT COURT, STATE OF COLORADO, and the woman Sabra Millet, 'Clerk of the 2ND JUDICIAL DISTRICT COURT, STATE OF COLORADO, 1437 Bannock Street, Room 256, Denver, Colorado 80202

7) Office of the State Court Administrator, STATE OF COLORADO, and the man Christopher T. Ryan, 'State Court Administrator', STATE OF COLORADO, 1300 Broadway, Suite 1200, Denver, Colorado 80203

HEREINAFTER: Respondent(s), Treaty of Stephen-John, 2018

CLAIMANT IS:
Stephen-John: Nalty, sui juris, a man hereby claiming all inherent Rights, nunc pro tunc, Non-Citizen National, Secured Party Creditor (UCC-1 Filing #20172106914, November 15, 2017, Colorado) and indemnified against loss or damage by Indemnity Bond AMRI 00001 RA 393 427 640 US (on file at the U.S. Treasury). 178766, SCF, Box 6000, Sterling, Colorado [00000]

2 of 8

NOTICE TO RESPONDENT(S), TREATY OF Stephen-John, 2018

IT IS NOT MY INTENTION TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE OR CAUSE ANXIETY, ALARM OR DISTRESS. THIS DOCUMENT AND ATTACHMENTS ARE PRESENTED WITH HONORABLE AND PEACEFUL INTENTIONS AND ARE EXPRESSLY FOR YOUR BENEFIT TO PROVIDE YOU WITH DUE PROCESS AND A GOOD FAITH OPPORTUNITY TO STATE A VERIFIED CLAIM.

INDEED NO MORE THAN AN (AFFIDAVIT) WHICH IS NECESSARY TO MAKE A PRIMA FACIE CASE. UNITED STATES v KIS, CERT DENIED, 50 U.S.L.W. 2169 S.CT. MARCH 22, 1982.

FOR THE CLAIMANT'S KNOWLEDGE OF THE FACTS IS WITH THE CLAIM OF THE LAWS, RULES, CODES AND REGULATIONS WITH THE CORRECT SENTENCE STRUCTURE COMMUNICATION PARSE SYNTAX GRAMMER VOIDANT OF THE PER-JURY.

PREAMBLE
   WHEREAS FOR THE CORPORATIONS STATE OF COLORADO; GOVERNOR STATE OF COLORADO; SECRETARY OF STATE, STATE OF COLORADO; TREASURER STATE OF COLORADO; 2ND JUDICIAL DISTRICT COURT, STATE OF COLORADO; CLERK OF COURT 2ND JUDICIAL DISTRICT COURT, STATE OF COLORADO; STATE COURT ADMINISTRATOR STATE OF COLORADO; ENS LEGIS ARE EXCLUDED IN THE FORECLOSURES BY POPE FRANCIS IN HIS MOTO PROPRIO AND THE ONE PEOPLE'S PUBLIC TRUST (UCC DOC #2012127914) 2012; AND

3 OF 8

WHEREAS FOR STEPHEN JOHN NALTY, ESTATE IS AN ENTITY AND IS AN ESTATE EIN # 82-1653428 and the CORPORATIONS LISTED ABOVE CANNOT RULE ON ESTATE MATTERS AND THEREFORE HAVE NO SUBJECT MATTER JURISDICTION; AND

WHEREAS FOR IT APPEARS THERE IS A CONSPIRACY TO HARM THE MAN, Stephen-john: Nalty, by attempting to obligate the CLAIMANT AS SURETY FOR THE ENTITY STEPHEN JOHN NALTY, ESTATE; AND

WHEREAS FOR IT APPEARS THE SAID AGENDA IS BEING OR IS TO BE IMPLEMENTED ON THE LANDMASS COMMONLY KNOWN AS Colorado AND/OR STATE OF COLORADO; AND

WHEREAS FOR MATTERS OF MISTAKEN IDENTITIES HAVE BEEN EXPERIENCED ON BOTH SIDES OF THE ISSUE; AND

WHEREAS FOR CERTAIN SEMANTIC DECEITS AND MIS-INFORMATION GENERERALLY promoted to the public have caused each of THE RESPONDENT(S), THEIR CORPORATE ENTITIES AND AGENTS AND THE CLAIMANT TO TRESPASS AGAINST ONE ANOTHER; THE RESPONDENT(S), STATE OF COLORADO, IT'S SUBSIDIARIES AND AGENTS AND THE CLAIMANT HEREBY FORGIVE ALL PAST MIS-UNDERSTANDINGS AND DIFFERENCES THAT HAVE UNHAPPILY INTERRUPTED THE GOOD CORRESPONDENCE AND FRIENDSHIP WHICH THEY MUTUALLY WISH TO RESTORE AND TO ESTABLISH SUCH A BENEFICIAL AND SATISFACTORY INTERCOURSE BETWEEN THE TWO COUNTRIES UPON THE GROUND OF RECIPROCAL ADVANTAGES AND MUTUAL CONVENIENCE AS MAY PROMOTE AND SECURE TO BOTH PERPETUAL PEACE AND HARMONY.

As evidence of his sincerity concerning this TREATY OF Stephen-john, 2018, The CLAIMANT OFFERS his LIVING

4 of 8

Testimony in the form of an Affidavit, enclosed.

1) The Claimant shall rescind all actions currently in progress in any of the Respondent(s) courts or against the Respondent(s) in other courts.
2) The Claimant shall also quash all non-judicial remedies (like NOTICE(S) OF LIABILITY) against all the Respondent(s), their subsidiaries and their agents.
3) The Claimant shall HOLD HARMLESS the Respondent(s), STATE OF COLORADO, subsidiaries and agents for any and all transgressions in the past commencing with the filing and recording of the Treaty at the City and County of Denver Clerk and Recorder's Office.

The Respondent(s), STATE OF COLORADO, subsidiaries and agents shall:
1) Overturn and Discharge Case #17CR10085 and with extreme prejudice, eliminate it from the court record, return the Claimant's property and release him immediately and without delay.
2) Overturn and Discharge the 2016 case alledging spurious liens (presided over by J. Eric Elliff) and with extreme prejudice.
3) Issue an Executive Order granting Claimant Unlimited and Unrestricted Freedom to Travel during Claimant's special visitation.
4) The Secretary of STATE shall issue a Photo ID to the Claimant showing that he is a Secured Party Creditor.

5) ASSURE EASY ACCESS TO Colorado NON-REGISTERED vehicle Tags.

6) AGREE THAT ANY BREACH OF THIS TREATY, THE TREATY OF STEPHEN-JOHN, 2018, BY THE RESPONDENT(S), STATE OF COLORADO, SUBSIDIARIES OR AGENTS IS SUBJECT TO DAMAGES TO THE CLAIMANT IN THE AMOUNT OF ONE HUNDRED THOUSAND ($100,000.00) UNITED STATES SILVER DOLLARS PER INCIDENT, PER DAY, PER TRANSGRESSOR.

7) AGREE THAT BOTH GOVERNMENT ENTITIES AND THE MAN OR WOMAN ACTING AS THEIR AGENT, NOW IN THEIR PRIVATE CAPACITY, AGREE TO BE NAMED AS DEFENDANT(S) IN CIVIL TORT CLAIMS INVOLVING FUTURE TRANSGRESSIONS, BREACH OF THIS AGREEMENT AND VIOLATIONS OF THIS TREATY, THE TREATY OF STEPHEN-JOHN, 2018, AGAINST THE MAN, STEPHEN-JOHN: NALTY, AND STEPHEN JOHN NALTY, ENS LEGIS.

RESPONDENT(S)

By: L.S. stephen-john: nalty ©
CLAIMANT

4 DECEMBER A.D. 2018

# LIVING TESTIMONY IN THE FORM OF AN AFFIDAVIT

1) I, Stephen-john: Nalty, a living man entitled to all reversionary trust interest in my own birthright, name, and estate, claim my natural exemption from both territorial and municipal political status;

2) I testify under penalty of perjury under the Public Law of the United States of America and from without the United States that I took action to establish my corrected political status prior to taking actions which resulted in my kidnapping and imprisonment (see Cease and Desist and Act of Expatriation and Oath of Allegiance, both filed and recorded at the City & County of Denver);

3) I also testify that owing to certain semantic deceits and mis-information generally promoted to the public, I unknowingly trespassed against federal territorial and municipal organizations and their officers;

4) I further testify that this action of mine was non-violent and not an intentional trespass, as I thought I was addressing the Colorado State and officials associated with that political body, and had no intention of addressing either the Territorial State of Colorado or the Municipal STATE OF COLORADO;

5) I testify that to the best of my knowledge and belief, this is a matter of mistaken identities on both sides of the issue and should be exonerated;

6) I testify that I have not knowingly at any time provided any General Power of Attorney to any incorporated entity and any

7 of 8

6) SUCH POWER BEING ALLEDGED NOW IS EVIDENCE OF AN UNCONSCIONABLE CONTRACT;

7) I TESTIFY THAT AS MY TRADE NAME WAS CONSCRIPTED FOR PUBLIC USE SOON AFTER MY NATIVITY WITHOUT MY KNOWING CONSENT AND WITHOUT THE KNOWING CONSENT OF MY PARENTS, I AM OWED THE LAW OF PEACE, DEPARTMENT OF ARMY PAMPHLET 27-161-1, AND HAVE NOT RECEIVED IT;

8) I TESTIFY THAT I AM ALSO OWED COMPLETE INDEMNIFICATION FOR ALL LOSS AND DAMAGE RESULTING FROM THE USE OF MY NAME BY THESE MILITARY USUFRUCTS ACCORDING TO ARMY REGULATION AR 27-20 AND THAT I HAVE NOT RECEIVED THE BENEFIT OF THIS GENERAL INDEMN-IFICATION NOR OF MY PRIVATE REGISTERED INDEMNIFICATION BOND AMRI 00001 RA 393 427 640 US (Colorado) ON FILE WITH THE U.S. TREASURY;

9) I ALSO TESTIFY THAT I AM OWED EQUITABLE COMPENSATION UNDER THE LIEBER CODE AND HAGUE CONVENTIONS FOR ANY RE-QUISITIONING, IMPOUNDMENT OR CONFISCATION OF MY ASSETS AND HAVE NOT RECEIVED SUCH COMPENSATION;

SO SAY I AND BY MY HAND AND AUTOGRAPH THIS 26TH DAY OF NOVEMBER A.D. 2018, I CONFIDE THIS TESTIMONY TO THE PUBLIC RECORD.

_[signature]_
AUTOGRAPH WITNESS ONE

_[signature]_ JCC 1-207
AUTOGRAPH WITNESS TWO

BY: L.S. Stephen-john: nally
SUI JURIS, ATTORNATIS PRIVITAS
ALL RIGHTS RESERVED WITHOUT PREJUDICE

26 November A.D. 2018                    8 OF 8

# CERTIFICATE OF SERVICE

For and on the record under private seal by my hand this day, _____ December A.D. 2018, I, [Topa], Halina, certify that I mailed a copy of this document, CONDITIONAL OFFER OF TREATY OF PEACE, TREATY OF Stephen-John; 2018, postage prepaid to the following:

Office of Governor, State of Colorado
and the man, John W. Hickenlooper
202 East Colfax Avenue, Room 136
Denver, Colorado 80202

Office of A.G., State of Colorado
and the woman, Cynthia Coffman
1300 Broadway
Denver, Colorado 80203

Office of S.O.S., State of Colorado
and the man, Wayne W. Williams
1700 Broadway, 2nd Floor
Denver, Colorado 80249

Office of Treasurer, State of Colorado
and the man, Walker Stapleton
202 East Colfax Avenue, Room 140
Denver, Colorado 80202

Office of Chief Judge, 2nd Judicial District
State of Colorado, and the man
Michael Anthony Martinez
1437 Bannock Street, Room 256
Denver, Colorado 80202

Office of Clerk, 2nd Judicial District
State of Colorado, and the woman
Sabra Millet
1437 Bannock Street, Room 256
Denver, Colorado 80202

Office of State Court Administrator
State of Colorado, and the man
Christopher T. Ryan
1300 Broadway, Suite 1200
Denver, Colorado 80203

12-3-2018

_[signature]_
[Topa], Halina

Colorado Department Of Corrections
Name: STEPHEN R.W. WALLEY
Register Number: 178746
Unit: SCF
Box Number: 6000
City, State, Zip: STERLING, COLORADO [80751]

Gordon P. Gallagher
Magistrate
754 Gunman Avenue
Grand Junction, Colorado 81501