IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02969-LTB

STEPHEN JOHN NALTY aka STEPHEN-JOHN: NALTY,

    Applicant,

v.

[NO RESPONDENT NAMED],

    Respondent.

## MINUTE ORDER

ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant Stephen John Nalty filed a document titled "Conditional Offer of Treaty of Peace" (ECF No. 6)[1]. To the extent Applicant seeks relief from the Court, such request is DENIED as moot. The Court entered an Order of Dismissal on December 21, 2018 (ECF No. 5), based on Applicant's voluntary dismissal of this action. This case is closed.

    Applicant mailed this filing to U.S. Magistrate Judge Gordon P. Gallagher in Grand Junction, Colorado. (*See* ECF No. 6 at 11). This is not the proper procedure. Litigants must mail filings only to the Clerk of Court's Office at the following address. Legal correspondence sent elsewhere will be disregarded.

Clerk of the Court<br>
Alfred A. Arraj United States Courthouse<br>
901 19th Street, Room A105<br>
Denver, CO 80294-3589

    DATED: January 2, 2019

---

[1] "(ECF No. 6)" identifies the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). This manner of identifying a document on the electronic docket is used throughout this order.